

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 3, 2020

**BY ECF & E-MAIL**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re:   *United States v. Jorge Luis Umana Mejia*, Case No. 20 Mag. 1477

Dear Judge Smith:

      The Government respectfully submits this letter to request a 15-day adjournment of the upcoming status conference scheduled in the above-referenced case for Monday, April 6, 2020. The Government makes this request with the consent of Mr. Umana Mejia's counsel and after consultation with Your Honor's chambers. As the Court is aware, Mr. Umana Mejia has consented to have the case currently pending against him in the Eastern District of Virginia transferred to the Southern District of New York for a plea and sentencing pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The Government expects the final step in that process—the transfer of the certified court file from the Eastern District of Virginia to the Southern District of New York—to complete in the next two weeks, at which time, the parties will be prepared to proceed in this District.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

               By: */s/ Kevin T. Sullivan*
                     Kevin T. Sullivan
                     Assistant United States Attorney
                     914-993-1924

cc:   Susanne Brody, Esq.

                Granted

        4/3/2020        Lisa Margaret Smith
                            United States Magistrate Judge